In the Matter of the Transfer Tax on the Estate of JOHN A. ROBERTS, Deceased.

GERTRUDE W. ROBERTS, Appellant; THE STATE TAX COMMISSION et al., Respondents.

(Argued October 9, 1928; decided October 23, 1928.)

*Earle C. Bastow* for appellant.

*Ezra Hanagan* for State Tax Commission, respondent.

*G. E. Pritchard* for Hobart V. Roberts et al., as executors, respondents.

no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.